USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1/5/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **A.P.S. ET AL,** | |
| **Plaintiffs,** | **25-cv-07773 (ALC)** |
| **-against-** | **ORDER OF** |
| **N.Y.C. DEP'T OF EDUC. ET AL,** | **DISCONTINUANCE** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within thirty days.

**SO ORDERED.**

Dated:    January 5, 2026
          New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**